## TRUSTEE ACTION.

### No. 1.

SAFFORD COTTON, WOOLEN, AND LINEN COMPANY
*against*
HULL, TRUSTEE OF PRESCOTT. *Bennington*, 1818.

THE Court will not protect the interest of an assignee of a note, not negotiable against an attaching creditor, in a trustee suit.

IN this case the trustee, in 1814, owed a debt, by note, to Prescott, for 42 tons of ochre. In December, 1815, the note was sold to Abel and Lord, and notice given to Hull. Afterwards, in June, 1816, this suit was brought; the trustee disclosed that about $150 remained due on the note, and that Abel

and Lord did inform him that they held the note, but not that they were the owners of the note, before the service of the writ, in this suit : Abel and Lord now move to be admitted to appear in this suit, and protect their equitable interest in the note, and to prove that they had given notice to Hull, that they were the owners of the note, and that they had paid Prescott a valuable consideration, in full, for the note. Evidence was heard, subject to the opinion of the Court, upon the whole case ; the purchase and notice was proved.

The Court decided. That they would not protect the interest of an assignee of a note, not negotiable, against an attaching creditor, in a trustee suit, and rendered

*Judgment*—That the trustee is liable in this action.